# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2006

131247

RICK PETERSEN,
          Plaintiff-Appellee,

v

MAGNA CORPORATION and MIDWEST
EMPLOYERS CASUALTY COMPANY,
KOLEASECO and CITIZENS INSURANCE
COMPANY, BCN TRANSPORTATION
SERVICES,
          Defendants-Appellants.
and

KOLEASECO and THE ACCIDENT FUND
COMPANY, MAGNA CORPORATION and TIG
INSURANCE COMPANY, BCN
TRANSPORTATION SERVICES and TIG
INSURANCE COMPANY, SERTA
RESTOKRAFT MATTRESS COMPANY and
HARLEYSVILLE LAKE STATES INSURANCE
COMPANY,
          Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131247
COA: 266177
WCAC: 03-000260

On order of the Court, the application for leave to appeal the April 11, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted, limited to the issues regarding insurance coverage and division of liability for payment of the worker's compensation benefits awarded to plaintiff, and the issue of awarding attorney fees on unpaid medical expenses. In all other

respects, leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

We do not retain jurisdiction.

CORRIGAN, J., concurs and states as follows:

I concur in the order of remand, but I continue to adhere to the views that I expressed in my concurring statement in *Donoho v Wal-Mart Stores, Inc*, 474 Mich 1057 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2006

_____
Clerk

t0920